UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TOMAS A. FERNANDEZ,

    Plaintiff,

v.                                                                            CASE NO. 3:21-cv-845-MMH-JBT

RAYONIER ADVANCED
MATERIALS, INC., etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Substitute Exhibit 4 to the Complaint ("Motion") (Doc. 6). Defendant seeks to redact certain allegedly confidential business information contained in Exhibit 4 to the Complaint ("Exhibit 4") (Doc. 1-8). The Motion is unopposed, and the information to be excluded does not appear to be material to the allegations of the Complaint. (Doc. 6 at 4.) Moreover, Defendant has provided a redacted version of Exhibit 4 as a "less onerous alternative" to just sealing the document. *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 6**) is **GRANTED**.

2. The Clerk of Court is directed to place Exhibit 4 (**Doc. 1-8**) under seal. The document shall remain under seal until further order of the Court.

3. The Clerk of Court is directed to attach redacted Exhibit 4 (**Doc. 6-1**) to the Complaint.

**DONE AND ORDERED** in Jacksonville, Florida on September 9, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record