**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TOMAS A. FERNANDEZ,

      Plaintiff,

vs.                            Case No.   3:21-cv-845-MMH-JBT

RAYONIER ADVANCED
MATERIALS, INC.,

      Defendant.

                               /

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Parties' Dismissal With Prejudice (Dkt. No. 73; Stipulation) filed on December 5, 2022.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own costs and attorneys' fees.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of

December, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record